UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-CV-21749-CMA

JONATHAN WALDES,

      Plaintiff(s),

vs.

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON,

      Defendant(s).        /

## <u>NOTICE OF SETTLEMENT</u>

COMES NOW, Plaintiff, Jonathan Waldes, by and through his undersigned counsel and pursuant to Southern District of Florida *Local Rule* 16.2 (f)(2), *S.D. Fla. L. R.*, hereby notifies the Court that the parties to this action have reached a confidential settlement of this matter and anticipate filing a stipulated dismissal with prejudice in the near future.

Dated: June 13, 2018

ATTORNEYS DELL AND SCHAEFER,
CHARTERED
Attorneys for Plaintiff
2404 Hollywood Boulevard
Hollywood, FL  33020
Phone: (954) 620-8300
Fax: (954) 922-6864

*S/Cesar Gavidia*

Cesar Gavidia, ESQUIRE
Florida Bar No: 015263
Email: Cesar@diattorney.com

1