UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-CV-21749-CMA

JONATHAN WALDES,

   Plaintiff(s),

vs.

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON,

   Defendant(s).     /

### **STIPULATION FOR DISMISSAL WITH PREJUDICE**

The Plaintiff, JONATHAN WALDES, by and through his undersigned legal counsel hereby

stipulates and move that this cause be dismissed, with prejudice, each party bearing its own costs and

attorney's fees.

Dated: July 13, 2018

ATTORNEYS DELL AND SCHAEFER,
CHARTERED
Attorneys for Plaintiff
2404 Hollywood Boulevard
Hollywood, FL  33020
Phone: (954) 620-8300
Fax: (954) 922-6864

*S/Cesar Gavidia*

Cesar Gavidia, ESQUIRE
Florida Bar No: 015263
Email: Cesar@diattorney.com

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing has been filed with the Clerk of

Court via CM/ECF on this 13th day of July, 2018 and electronically furnished to Margaret A. Falk,

Esq., Lincoln Financial Group, 8801 Indian Hills Drive, Omaha, NE 68114.

ATTORNEYS DELL AND SCHAEFER,
CHARTERED
Attorneys for Plaintiff
2404 Hollywood Boulevard
Hollywood, FL  33020
Phone: (954) 620-8300
Fax: (954) 922-6864

*S/Cesar Gavidia*

Cesar Gavidia, ESQUIRE
Florida Bar No: 015263
Email: Cesar@diattorney.com